IN THE UNITED STATES DISTRICT COURT
FOR MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 22-MJ-530 BRT |
| SHAMIR NATHANN BLACK | |

### AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Jacquelyn Rosenow, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent ("SA") with the Federal Bureau of Investigation and have been since March 2018. I am assigned to the Minneapolis Division Violent Crime Squad. My duties, amongst others, include the investigation of violent crimes occurring within Minnesota. I have received specialized training in investigative strategies to include methods of interviewing, elements of effective interrogation, crime scene management and effective processing of forensic evidence. I have also received formal legal training, with specific study highlighting the protections granted within the United States Constitution. I also investigate violent crimes occurring within Minnesota, such as Title 18 United States Code § 2119(a) (Carjacking), (the "Subject Offense").

2. As a Federal Agent, I am authorized to investigate violations of laws of the United States, and to execute warrants issued under the authority of the United States.

3. Based on my training and experience, and the facts as set forth in this affidavit, there is probable cause to believe the Subject Offense has been committed by SHAMIR NATHANN BLACK ("BLACK").

4. The statements contained in this affidavit are based, in part, on my personal observation, information provided by other agencies, written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents; independent investigation, and my experience; training and background as a Special Agent with the FBI. Since this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable violations of the Subject Offense by BLACK.

## STATUTORY AUTHORITY

5. The elements of Title 18 United States Code § 2119 (Carjacking), states in part: Whoever, possessed a firearm, took or attempted to take, a motor vehicle from another person by force, violence or intimidation, and that the motor vehicle had been transported, shipped or received interstate or foreign commerce is guilty of engaging in carjacking. Carjacking is punishable by imprisonment not more than 15 years. If serious bodily injury, including any conduct that, if the conduct occurred in special maritime and territorial jurisdiction of the United States, would violate 2241 or 2242 of the title, would be fined under this title or imprisoned not more than 25 years, or both.

## FACTS ESTABLISHING PROBABLE CAUSE

6. This investigation relates to the carjacking of 51-year-old woman with the initials M.T. on June 9, 2022. Most of the referenced event was captured on surveillance video, which I have reviewed. On June 9, 2022, M.T. parked her vehicle in a parking lot located at her place of work: Tony Jaros bar, located at 2500 Marshall Street Northeast, Minneapolis, Minnesota. As M.T. approached the driver door of her parked vehicle, an adult male (hereinafter referred to as SUBJECT 1) unknown to M.T. approached M.T. demanded her car keys. M.T. refused to provide her keys to SUBJECT 1. SUBJECT 1 then pushed M.T. to the ground and charged a firearm (apparently placing a round in the chamber of the weapon).

7. As M.T. laid on the ground, SUBJECT 1 hit her on the head with his firearm. Another man, with the initials D.A., was outside the bar. D.A. observed M.T. being assaulted by SUBJECT 1. D.A. attempted to come to M.T.'s aid as SUBJECT 1 continued to assault M.T., and SUBJECT 1 began to assault D.A. as well. At that point, an additional unknown subject (SUBJECT 2) approached M.T. and took her purse. SUBJECT 1 then struck D.A. in the head with SUBJECT 1's elbow.

8. D.A. said SUBJECT 1 pointed his firearm at D.A. at point blank. This event was not directly captured by the surveillance footage. D.A. said he saw SUBJECT 1 pull the trigger of the firearm, heard the gun fire, and saw the muzzle flash. However D.A. was not struck by a bullet. D.A. then ran inside of the bar to get additional help as M.T. continued to fight with the SUBJECT 1. Officers of the Minneapolis Police Department who later arrived did not recover a bullet or bullet casing from the location of this event.

9. SUBJECT 1 eventually entered the driver door of M.T.'s vehicle, and SUBJECT 2 entered the front passenger door. After a few seconds, a citizen in a GMC truck pulled up behind M.T.'s vehicle and attempted to assist M.T. as she continued to actively resist the carjackers. In the surveillance video, M.T.'s vehicle can be seen moving forward and hitting a brick wall. Seconds later, surrounding witnesses pulled SUBJECT 1 from the driver's seat of M.T.'s vehicle and put him on the ground. SUBJECT 2 exited the passenger seat of the vehicle. Both SUBJECT 1 and SUBJECT 2 fled the scene on foot.

10. A detective of the Hennepin County Sheriff's Department reviewed the security footage that captured most of the referenced carjacking event. The detective observed SUBECT 1 wearing a black ski mask, black pants, a gray hooded sweatshirt, and black shoes. The detective observed SUBJECT 2 wore a black hooded sweatshirt with white design on the back, dark colored pants, a black mask, and white shoes.

11. Minutes after the initial call for assistance, officers of the Minneapolis Police Department arrived at the scene. They used a police canine to search the area that the unknown suspects were last seen fleeing on foot. Minneapolis police officers subsequently located a firearm identified as a Shadow Systems model MR920 9mm semiautomatic pistol bearing serial number SSC025451. The firearm was wrapped in a gray sweatshirt. The firearm was reported stolen in Prior Lake, Minnesota, in April of 2022.

12. The Minneapolis police forensics unit processed the scene, to include the interior parts of the M.T.'s vehicle. On June 11, 2022, the Hennepin County investigating detective was notified that latent prints from the gear selector of M.T.'s vehicle belonged to BLACK.

13. The detective reviewed a screen capture video of an open-source Instagram social media posting by Instagram user "id mirmir113." This posting had been captured on May 25, 2022, by Hennepin County Crime Information Sharing and Analysis (CISA) unit. The video appears to be BLACK wearing a gray hooded sweatshirt, waiving a handgun around. The handgun appears to have an external sight and an under-barrel flashlight. The barrel is visible from the ejection port of the handgun, which appears to be bronze in color. The barrel protruding past the slide also appeared to be bronze. There is white writing visible on the side of the under-barrel light shown in the video. The handgun described in the video matches the appearance of the Shadow Systems model MR920 9mm semiautomatic pistol recovered from the Minneapolis police canine in the investigation of the attempted carjacking that occurred on June 9, 2022.

14. I learned from the Hennepin County detective that the referenced handgun located by Minneapolis Police on June 9, 2022, had one round that was lodged in the chamber of the weapon. This weapon is being processed by Minneapolis Forensics Unit.

15. I reviewed two separate Prior Lake Police reports and learned that on April 18, 2022, a black Volkswagen Jetta bearing Minnesota license plate FYT242 was taken in a home burglary in Prior Lake, Minnesota (CCN 22005235). On the same night, the Shadow Systems model MR920 9mm semiautomatic pistol bearing serial number SSC025451 was also taken from a separate home burglary out of Prior Lake, Minnesota (CCN 22005241). On April 26, 2022, the Hennepin County detective recovered the stolen Volkswagen Jetta MN FYT242 from the rear of the residence of 42XX Vincent Ave North. Minneapolis, Minnesota.

16.     On June 24, 2022, BLACK was arrested from his home, 42XX Vincent Avenue North, Minneapolis, Minnesota (the same residence in which the stolen Volkswagen Jetta was found). BLACK was arrested by deputies of the Hennepin County Sheriff's Department on charges of 1st Degree Aggravated Robbery and three counts of Assault – Second Degree with a Dangerous Weapon.

## CONCLUSION

17.     I respectfully submit that there is probable cause to believe that the Subject Offense have been committed by BLACK. Based upon the information above, I request the Court issue the proposed arrest warrant for BLACK. The foregoing is true to the best of my knowledge and belief.

Further your Affiant sayeth not.

_____
Jacquelyn Rosenow
Special Agent, FBI


SUBSCRIBED and SWORN before me
by reliable electronic means via Facetime, Zoom,
and email pursuant to Fed. R. Crim. P. 41(d)(3) on
June 27, 2022:

_____
The Honorable Becky R. Thorson
United States Magistrate Judge