ASD/ajs
AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

UNITED STATES OF AMERICA

v.

SHAMIR NATHANN BLACK

Case No. 22-MJ-530 BRT

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* SHAMIR NATHANN BLACK,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  **X** Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

On or about June 9, 2022, in Hennepin County, in the State and District of Minnesota, defendant took a motor vehicle that had been transported, shipped, and received in interstate and foreign commerce from the vehicle's owner, by force, violence, and intimidation, with the intent to cause death and serious bodily harm,

in violation of Title 18, United States Code, Section 2119.

Date: June 27, 2022

*Issuing officer's signature*

City and State: St. Paul, MN

The Honorable Becky R. Thorson
United States Magistrate Judge
*Printed Name and Title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

SUBSCRIBED and SWORN before me
by reliable electronic means via Facetime, Zoom,
and email pursuant to Fed. R. Crim. P. 41(d)(3)

*Printed name and title*