# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

SHAMIR NATHANN BLACK,     Criminal No. 22-mj-530 BRT

      Defendant,

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

 (X) Ad Prosequendum  ( ) Ad Testificandum

Name of Detainee:  SHAMIR NATHANN BLACK
Detained at (custodian):  HENNEPIN COUNTY ADULT DETENTION CENTER

The government is requesting the FBI to transport detainee.

Detainee is: a.) (X) charged in this district by: Complaint
       Charging Detainee With: Carjacking
 or b.) ( ) a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ( ) return to the custody of detaining facility upon termination of this proceeding
 or b.) (X) be retained in federal custody until final disposition of federal charges.

Appearance is necessary on June 28, 2022 at 1:00 p.m. in the courtroom of the Honorable Becky R. Thorson.

Dated: June 27, 2022            *Andrew Dunne*
                  ANDREW DUNNE, AUSA

## WRIT OF HABEAS CORPUS

 (X) Ad Prosequendum    ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this case, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

*June 27, 2022*             *[signature]*
Date                BECKY R. THORSON
                UNITED STATES MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| A.K.A.(s) (if applicable): | | Gender: | Male |
| Booking or Fed. Reg.#: | 2022000800 | DOB: | xx/xx/2004 |
| Facility Address: | 401 South Fourth Avenue | Race: | African-American |
| | Minneaplis, MN 55415 | FBI #: | |
| Facility Phone: | 612-348-5112 | | |
| Currently Incarcerated For: | Agg. Robbery/Assault 2nd | | |

### RETURN OF SERVICE

Executed on _____ by _____  _____
                   (Signature)

                   Writ issued 6/27/2022