**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: BECKY R. THORSON |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No:         22-mj-530 BRT |
| | ) | Date:            June 28, 2022 |
| Shamir Nathann Black, | ) | Video Conference |
| | ) | Time Commenced:   1:04 p.m. |
| Defendant, | ) | Time Concluded:   1:13 p.m. |
| | ) | Time in Court:    9 minutes |

APPEARANCES:

Plaintiff: Andrew Dunne, Assistant U.S. Attorney
Defendant: Manny Atwal, Assistant Federal Public Defender
                    X FPD          X To be appointed

Date Charges Filed: 6/27/2022          Offense: taking a motor vehicle by force, violence and intimidation with
                                                       intent to cause death and bodily harm

X Advised of Rights

on    X Complaint

X Government moves for detention.
Motion is X granted, temporary detention ordered

Next appearance date is June 30, 2022 at 10:00 a.m. via video conference before U.S. Magistrate Judge Becky R.
Thorson for:
      X Detention hrg          X Preliminary hrg

Additional Information:
X Defendant consents to this hearing via video conference.
X Oral Rule5(f) Brady notice read on the record.

                                                                       s/SAE
                                                            Signature of Courtroom Deputy