UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 22MJ530 BRT

United States of America,

          Plaintiff,

v.                            **ORDER FOR APPOINTMENT OF COUNSEL**

Shamir Nathann Black,

          Defendant.

The Court has determined that the defendant in the above matter is financially unable to employ counsel and finds that it is in the interest of justice that counsel be assigned.

IT IS HEREBY ORDERED that Andrew Birrell, Attorney ID 133760 and Ian Birrell, Attorney ID 0396379, are appointed as counsel pursuant to 18 U.S.C. § 3006A.

Dated: <u>June 29, 2022</u>                          <u>*s/ Becky R. Thorson*</u>
                                                      Honorable Becky R. Thorson
                                                      United States Magistrate Judge