IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | BEFORE:  Becky R. Thorson |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No:         22-mj-530 BRT |
| | ) | Date:                June 30, 2022 |
| Shamir Nathann Black, | ) | Videoconference |
| | ) | Time Commenced:   10:04 a.m. |
| Defendant. | ) | Time Concluded:    11:06 a.m. |
| | ) | Time in Court:        1 hour 2 minutes |

**X PRELIMINARY/DETENTION HRG**
    Time in Court Prelim/Det: [46 minutes/16 minutes]

APPEARANCES:

  Plaintiff: Bradley Endicott, Assistant U.S. Attorney
  Defendant: Ian Birrell
          X CJA

On    X Complaint

X Deft Ordered Detained - Govt to submit proposed order

X Probable cause found. Deft bound over to District Court of Minnesota. Govt to submit proposed order.

Additional Information:
X Defendant consents to this hearing via video conference.
Jacquelyn Rosenow testified.

                              *s/nah*
                    Signature of Courtroom Deputy