UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INDICTMENT** |
| Plaintiff, | 18 U.S.C. § 16(a) |
| | 18 U.S.C. § 922(g)(1) |
| v. | 18 U.S.C. § 924(c)(1)(A)(iii) |
| | 18 U.S.C. § 924(d)(1) |
| SHAMIR NATHANN BLACK, | 18 U.S.C. § 2119(1) |
| | 28 U.S.C. § 2461(c) |
| Defendant. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Carjacking)

On or about June 9, 2022, in the State and District of Minnesota, the defendant,

**SHAMIR NATHANN BLACK,**

did knowingly and unlawfully attempt to take and did take a motor vehicle, that is, a gray 2018 Audi, bearing Minnesota license plate GLC841, and vehicle identification number WAUFFAFC2JN028366, that had been transported, shipped, and received in interstate and foreign commerce, from the person and presence of M.T., by force and violence and by intimidation, with the intent to cause serious bodily harm, all in violation of Title 18, United States Code, Section 2119(1).



## COUNT 2
(Discharge of a Firearm During and in Relation to a Crime of Violence)

On or about June 9, 2022, in the State and District of Minnesota, the defendant,

**SHAMIR NATHANN BLACK,**

during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, carjacking and attempted carjacking, as set forth in Count 1 of this Indictment, which is hereby realleged and incorporated herein by reference, did knowingly and unlawfully use, carry, brandish, and discharge a firearm, all in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and (iii).

## FORFEITURE ALLEGATIONS

Counts 1 and 2 of this Indictment are hereby realleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d)(1), in conjunction with Title 28, United States Code, Section 2461(c).

As a result of the foregoing offenses, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearms, accessories, and ammunition involved in, connected with, or used in any knowing violation of,

the offenses alleged, including, but not limited to: Shadow System Model MR-920 semi-automatic handgun bearing serial number SSC025451.

A TRUE BILL

_____      _____

UNITED STATES ATTORNEY            FOREPERSON