UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 22-159 (WMW/TNL)

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **GOVERNMENT'S MOTION TO UNSEAL INDICTMENT** |
| v. | |
| SHAMIR NATHANN BLACK, | |
| Defendant. | |

The United States of America, by and through its attorneys, Andrew M. Luger, United States Attorney for the District of Minnesota, and Lauren O. Roso, Assistant United States Attorney, hereby moves the Court to unseal the indictment in this matter.

The defendant Shamir Nathann Black was indicted on charges of carjacking and discharge of a weapon during and in relation to a crime of violence on July 27, 2022. (Dkt. No. 11.) At that time, the government made, and the Court granted, an oral motion to seal the indictment until the defendant made his first appearance. (Dkt. Nos. 13 and 14.) However, as the defendant previously made an initial appearance on a related complaint on June 28, 2022, this oral motion was in error. Accordingly, the government now moves the Court to unseal the indictment in this matter.

Dated: August 2, 2022

Respectfully Submitted,

ANDREW M. LUGER
United States Attorney

s/ *Lauren O. Roso*
BY: LAUREN O. ROSO
Assistant U.S. Attorney