UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 22-159 (WMW/TNL)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SHAMIR NATHANN BLACK,<br><br>　　　　　Defendant. | **ORDER TO UNSEAL INDICTMENT** |

This matter is before the Court on the United States's Motion to Unseal the Indictment. (Dkt. No. 17.) On July 27, 2022, the defendant Shamir Nathann Black was indicted on charges of carjacking and discharge of a weapon during and in relation to a crime of violence. (Dkt. No. 11.) At that time, the prosecution made, and the Court granted, an oral motion to seal the indictment until the defendant made his first appearance. (Dkt. Nos. 13 and 14.) The United States now moves the Court to unseal the Indictment in this matter.

Therefore, pursuant to Local Rule 49.1(e)(1)(B), **IT IS HEREBY ORDERED** that the Indictment filed in this matter shall no longer be maintained under seal.

Dated: August 4, 2022

　　　　　　　　　　　　　　　　　　　　*s/ John F. Docherty*
　　　　　　　　　　　　　　　　　　　　John F. Docherty
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge