UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Shamir Nathann Black,<br><br>    Defendant. | Criminal No. 22-159 (WMW/TNL)<br><br>**ORDER STRIKING<br>MOTION HEARING** |

Pursuant to the letter from counsel (ECF No. 23), the criminal motions hearing scheduled for September 28, 2022 at 11:00 a.m., has been **STRICKEN** from this Court's calendar. The arraignment will take place at the plea hearing and be rescheduled to occur before Judge Wright.

Dated:  September 2, 2022        *s/Tony N. Leung*
                                 TONY N. LEUNG
                                 United States Magistrate Judge